UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **MICHAEL G. FREED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:12-CV-177 CAN |
| vs. | ) | |
| | ) | |
| **CAPT. TRUAX, and LEUTINANT CLOTHIA,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Michael G. Freed, a *pro se* prisoner, filed a response to the defendant's motion for summary judgment. However, in the order of June 16, 2014, the court explained why that response was insufficient to defeat the motion and afforded him until July 24, 2014, to file a supplemental brief pursuant to Federal Rule of Civil Procedure 56(e)(4). He was cautioned that if he did not respond by that deadline, the summary judgment motion would be granted without further delay. That deadline has now passed, but he has not responded.

For the reasons more fully explained in this court's order of June 16, 2014, (DE 43), the motion for summary judgment (DE 32) is **GRANTED**. The clerk is **DIRECTED** to close this case and to enter judgment in favor of the defendants and against the plaintiff.

SO ORDERED.

Dated this 12th Day of August, 2014.

                                                           S/Christopher A. Nuechterlein
                                                           Christopher A. Nuechterlein
                                                           United States Magistrate Judge